UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:                                    Case No. 13-13294-CLB

   TLC HEALTH NETWORK,            Chapter 11

                            Debtor
_____

# APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

      Pursuant to §1102 of the Bankruptcy Code, the following creditors of the above entitled Debtor, being among the largest unsecured claimants and being willing to serve, are hereby appointed to the Committee of Unsecured Creditors:

Cannon Design
2170 Whitehaven Road
Grand Island, NY 14072
Attn: James M. Appler, Esq.
Telephone (716) 774-3522

Chautauqua Opportunities, Inc.
17 West Courtney
Dunkirk, NY 14048
Attn: Roberta Keller
Telephone (716) 366-3333

Jamestown Rehab Services
4482 Kathleen Street
Hamburg, NY 14075
Attn: William D. Steele, Jr.
Telephone (716) 474-6285

Dated:    January 6, 2014
            Buffalo, New York

                                      Respectfully submitted,
                                      William K. Harrington
                                      UNITED STATES TRUSTEE

                          By:    /s/ Jospeh W. Allen
                                      Joseph W. Allen, Esq.
                                      ASSISTANT UNITED STATES TRUSTEE
                                      300 Pearl Street, Suite 401
                                      Buffalo, New York   14202
                                      (716) 551-5541